

April 7, 2025

VIA REGISTERED MAIL, RETURN
RECEIPT REQUESTED, FEDERAL EXPRESS,
AND FIRST CLASS MAIL:

Unlimited Contractors, LLC                    Unlimited Contractors, LLC
84 Yocum Road                                 2709 SE Otis Corley Dr. Ste. 3
Rogers, AR 72767                              Bentonville, AR 72712

Unlimited Contractors, LLC
c/o Anthony Audier, RSA
4726 Kimberly Pl.
Springdale, AR 72764

       RE:     24700-0501-Tinker WAG SCIF Project, Labor Only Phase 1

Greetings:

The undersigned is legal counsel for Electrical Alliances, LLC (Electrical Alliances). Enclosed with this correspondence is a Miller Act Notice of Claim. Electrical Alliances has a direct contractual relationship with Unlimited Contractors, LLC ("Unlimited") on the above-referenced project. Electrical Alliances furnished labor on the above-referenced project to Unlimited, specifically electricians. Electrical Alliances last furnished labor on January 31, 2025.

The principal balance of **$321,942.61**, exclusive of late charges, costs, interest and attorney's fees, is due and owing from Unlimited for the labor done or performed on the referenced project. Electrical Alliances makes a claim for said amount against you and your surety (Bond No. 18L005820 – The Ohio Casualty Insurance Company) under the provisions of the Miller Act, 40 U.S.C. § 3131 *et seq.*

Nothing in this letter is intended to be or should be construed as a complete recitation of all relevant or material facts, as an admission of fact or as a waiver of any rights, claims or remedies that Electrical Alliances may have against any party responsible for its loss, all of which are expressly reserved.

                    Sincerely,

                    John T. Richer

Enclosure:

1

EXHIBIT 2

cc: via FEDEX, Certified Mail, Return Receipt Requested and First-Class Mail
   The Ohio Casualty Insurance Company
   175 Berkeley Street
   Boston, MA 02116

cc: via FEDEX, Certified Mail, Return Receipt Requested and First-Class Mai
   Cherokee Nation Environmental Solutions, LLC
   10838 E. Marshall Street, Ste. 220D
   Tulsa, OK 74116

cc: via FEDEX, Certified Mail, Return Receipt Requested, First-Class Mail and EMAIL:
   Unlimited Contractors, LLC
   ATTN: Tim Hutchinson
   RMP, LLP
   809 SW A Street, Ste. 105
   Bentonville, AR 72712
   Email: thutchinson@rmp.law

cc: via FEDEX, Certified Mail, Return Receipt Requested, First-Class Mail and EMAIL:
   Dena Geib, General Counsel
   Cherokee Federal
   2 W 2nd Street, Suite 1500
   Tulsa, OK 74103
   Email: dena.geib@cherokee-federal.com

cc: via FEDEX, Certified Mail, Return Receipt Requested, First-Class Mail and EMAIL:
   CF2 Construction, a joint venture
   2 W. 2nd Street Suite 1500
   Tulsa, OK 74103

2

# MILLER ACT NOTICE OF CLAIM
## (40 U.S.C. § 3131 et. seq.)

**Original (Prime) Contractor:**

Unlimited Contractors, LLC
84 Yocum Road
Rogers, AR 72756

Unlimited Contractors, LLC
2709 SE. Otis Corley Dr. Ste. 3
Bentonville, AR 72712

**Surety:**

The Ohio Casualty Insurance Company
175 Berkeley Street
Boston, MA 02116

RE: Bond #18L005820

**Owner:**

Cherokee Nation Environmental Solutions, LLC
10838 E. Marshall Street, Suite 220D
Tulsa, OK 74116

**Amount and Accounting of Claim:**

Total Value of All Services
Provided: $360,840.23

Payments, Credits and Offsets:
$38,897.62

Balance unpaid, and Amount of Claim:
$321,942.61 (exclusive of accrued and
accruing interest, costs and attorney's fees)

**First-Tier Contractor and Claimant:**

Electrical Alliances, LLC
c/o Zayne Smith
3963 S. Highway 97, #312
Sand Springs, OK 74063

**Date Services Last Furnished at Project:**

January 31, 2025

**Property Subject to Claim:**

Tinker Air Force Base, Oklahoma City,
Oklahoma

**Name or Identification of Project:**

24700-0501 – Tinker WAG SCIF Project,
Labor Only Phase 1

**Description of Labor, Materials, Services,
etc. provided to the Property by the
Claimant:**

Electrical Alliances, LLC furnished labor,
specifically electricians, to Unlimited
Contractors, LLC for use in the Project.

Dated: March 27, 2025

Electrical Alliances, LLC

By: Zayne Smith

Its: Vice President of Operations

Signed:

xvcXZC